Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **CandyWarehouse.com, Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

aka Yum Junkie

aka Candy Warehouse

**3. Debtor's federal Employer Identification Number (EIN)**

9 5 – 4 7 7 8 5 5 4

**4. Debtor's address**

Principal place of business

2661 Midway Rd, Ste 200
Number   Street

Carrollton, TX 75006-2368
City       State   ZIP Code

Dallas
County

Mailing address, if different from principal place of business

P.O. Box 16187

Number   Street

Sugar Land, TX 77496-6187
City       State   ZIP Code

Location of principal assets, if different from principal place of business

Number   Street

City       State   ZIP Code

**5. Debtor's website (URL)**   **www.candywarehouse.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **CandyWarehouse.com, Inc.** _____     Case number *(if known)* _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4  4  5  2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

Debtor    **CandyWarehouse.com, Inc.**
_____        Case number *(if known)* _____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number        Street<br><br>_____<br><br>_____<br>City                                State      ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.    Insurance agency _____<br><br>           Contact name _____<br><br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    **CandyWarehouse.com, Inc.**
Name                                                                     Case number *(if known)*

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/24/2025**
                MM/  DD/  YYYY

X    **/s/ Mimi Kwan-Nguyen**                              **Mimi Kwan-Nguyen**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

X    **/s/ Robert C Lane**    Date    **10/24/2025**
Signature of attorney for debtor                 MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number      Street

**Houston**    **TX**    **77036-3369**
City                    State    ZIP Code

**(713) 595-8200**    **notifications@lanelaw.com**
Contact phone          Email address

**24046263**    **TX**
Bar number      State

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for
Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
_____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $223,957.06 |
| b. Total debts (including debts listed in 2.c., below) | $3,244,950.80 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

d. Number of shares of preferred stock   _____

e. Number of shares common stock   _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business _____
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

**Fill in this information to identify the case:**

Debtor name **CandyWarehouse.com, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### ▮    Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/24/2025**        **X** /s/ Mimi Kwan-Nguyen
　　　　　　MM/  DD/  YYYY         Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　**Mimi Kwan-Nguyen**
　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　**President**
　　　　　　　　　　　　　　　　　Position or relationship to debtor

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor name      **CandyWarehouse.com, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | U.S. Small Business Administration 200 W. Santa Ana Blvd 740 Santa Ana, CA 92701 | | UCC | | | | $2,000,231.85 |
| 2 | Mountain BizCapital 153 S Lexington Ave Asheville, NC 28801 | | UCC - blanket lien | | | | $180,352.06 |
| 3 | American Express Business P.O. Box 6031 Carol Stream, IL 60197-6031 | | Credit Card | | | | $147,193.94 |
| 4 | Forward Financing 53 State St Fl 20 Boston, MA 02109-2820 | | UCC | Disputed | | | $140,560.26 |
| 5 | Shopify Capital 100 Shockoe Slip Fl 2 Richmond, VA 23219-4100 | | UCC | | | | $139,869.24 |
| 6 | CFG Merchant Advance 180 Maiden Ln Fl 15 New York, NY 10038-5150 | | UCC | Disputed | | | $122,480.00 |
| 7 | On Deck 4700 W Daybreak Pkwy Suite 200 South Jordan, UT 84009 | | UCC | | | | $97,648.63 |
| 8 | Epic Advance LLC d/b/a Epic Advance Funding LLC 311 Boulevard of the Americas 203 Lakewood, NJ 08701 | | UCC | Disputed | | | $70,000.00 |

Debtor  **CandyWarehouse.com, Inc.** _____    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Chase Ink<br>Po Box 15298<br>Wilmington, DE 19850-5298 | | Credit Card | | | | $55,804.77 |
| 10  Intuit Inc.<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 | | | | | | $50,422.53 |
| 11  Capital on Tap<br>675 Ponce De Leon Ave NE 8500<br>Atlanta, GA 30308-1884 | | | | | | $38,635.94 |
| 12  American Express Corporate Card<br>43 Butterfield Cir<br>El Paso, TX 79906-5202 | | Credit Card | | | | $32,096.86 |
| 13  Paypal Working Capital<br>c/o Swift Financial LLC<br>2211 N First St<br>San Jose, CA 95131-2021 | | | Disputed | | | $31,669.15 |
| 14  Capital One<br>P.O. Box 60519<br>City Industry, CA 91716-0519 | | | | | | $25,914.34 |
| 15  Divvy<br>13707 S 200 W Ste 100<br>Draper, UT 84020-2443 | | | | | | $21,781.38 |
| 16  PayPal Business Cashback Mastercard Servicing<br>P.O. Box 530075<br>Atlanta, GA 30353 | | | | | | $19,127.39 |
| 17  Intuit Inc.<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 | | | | | | $14,652.55 |
| 18  WebBank c/o QuickBooks Capital<br>P.O. Box 842978<br>Dallas, TX 75284-2978 | | | | | | $14,652.00 |
| 19  Lucas World Inc.<br>800 High St<br>Hackettstown, NJ 07840 | | Vendor | | | | $10,183.00 |
| 20  Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | | Southwest Credit Card | | | | $9,871.59 |

Fill in this information to identify the case:

Debtor Name **CandyWarehouse.com, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Thread Bank/Relay - ACH Outbound** | **Checking account** | **0  2  6  5** | **$0.00** |
| 3.2. | **Thread Bank/Relay - Rent** | **Checking account** | **7  6  1  4** | **$0.00** |
| 3.3. | **Thread Bank/Relay - Ad Spend** | **Checking account** | **9  5  1  9** | **$0.00** |
| 3.4. | **Chase Bank** | **Checking account** | **7  1  5  2** | **$100.00** |
| 3.5. | **Chase Bank** | **Checking account** | **8  8  6  9** | **$100.00** |
| 3.6. | **US Bank** | **Checking account** | **2  2  9  1** | **$193.97** |
| 3.7. | **Thread Bank/Relay - Primary** | **Checking account** | **3  1  5  8** | **$10,692.81** |
| 3.8. | **Thread Bank/Relay - Payroll** | **Checking account** | **2  4  4  9** | **$0.00** |
| 3.9. | **Thread Bank/Relay - Receivables** | **Checking account** | **2  4  7  3** | **$10,300.00** |
| 3.10. | **Thread Bank/Relay** | **Savings account** | **3  1  5  9** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$21,386.78**

Debtor   **CandyWarehouse.com, Inc.**
_____
Name

Case number *(if known)* _____

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 **Security deposit** | $7,500.00 |
|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 _____ | _____ |
|---|---|
| 8.2 _____ | _____ |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | $7,500.00 |
|---|---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | $34,215.01 | - | **unknown** | =..... ➡ | $34,215.01 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | _____ | - | _____ | =..... ➡ |  |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $34,215.01 |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 _____ | _____ | _____ |
|---|---|---|

Official Form 206A/B      **Schedule A/B: Assets — Real and Personal Property**      page **2**

Debtor    **CandyWarehouse.com, Inc.**                                    Case number *(if known)* _____
        Name

| 14.2 | | | |
|------|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                    % of ownership:

| 15.1. | | | |
|-------|---|---|---|
| 15.2. | | | |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | | |
|------|---|---|---|
| 16.2 | | | |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| |

---

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Current Inventory of Candy and Party Supplies | MM / DD / YYYY | **unknown** | | **$107,712.27** |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| **$107,712.27** |

---

Debtor   **CandyWarehouse.com, Inc.**
_____                                   Case number *(if known)* _____
        Name

---

| 24. | **Is any of the property listed in Part 5 perishable?** |
|---|---|

☐ No
☑ Yes

| 25. | **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?** |
|---|---|

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

| 26. | **Has any of the property listed in Part 5 been appraised by a professional within the last year?** |
|---|---|

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

**33. Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

---

Debtor    **CandyWarehouse.com, Inc.**
_____    Case number *(if known)* _____
Name

---

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Desks (5)** | unknown | | $500.00 |
| **Chairs (5)** | unknown | | $300.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computers (5)** | unknown | | $1,000.00 |
| **Monitors (5)** | unknown | | $375.00 |
| **Printer (5)** | unknown | | $425.00 |
| **Conveyor Belt** | unknown | | $1,000.00 |
| **Storage Racks** | unknown | | $1,000.00 |
| **Electric Dolly** | unknown | | $500.00 |
| **Manual Dolly (2)** | unknown | | $40.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   42.1 _____

   42.2 _____

   42.3 _____

43. **Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.    | **$5,140.00** |

Debtor    **CandyWarehouse.com, Inc.**

Case number *(if known)* _____

Name

---

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.    Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2021 Chevrolet 3500 Express DRW** / VIN: **1HA3GTC79MN007049** | unknown | | $25,000.00 |
| 47.2 **2015 Mercedes-Benz Sprinter Van** | unknown | | $23,000.00 |
| **48.    Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.    Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.    Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$48,000.00

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

Debtor   **CandyWarehouse.com, Inc.**

_____    Case number *(if known)* _____
Name

---

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Business Location / 2661 Midway Rd**<br>**Ste 200 Carrollton, TX 75006-2368** | **Lease** | **unknown** | | **$0.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Candy Warehouse** | **unknown** | | **$1.00** |
| 61. **Internet domain names and websites** | | | |
| **www.candywarehouse.com** | **unknown** | | **$1.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Customer lists** | **unknown** | | **$1.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor    **CandyWarehouse.com, Inc.**                                          Case number *(if known)* _____
          Name

66. **Total of Part 10**                                                                    $3.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☐ No

    ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 11:** | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____  –  _____  = ➡  _____
                                 Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                           _____

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

    _____                           _____

    **Nature of claim**    _____

    **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

Debtor  **CandyWarehouse.com, Inc.**                                    Case number *(if known)* _____
     Name

**Nature of claim**          _____

**Amount requested**        _____

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ❏ No

     ❏ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $21,386.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $34,215.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $107,712.27 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,140.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $48,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........91a. | $223,957.06 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................   $223,957.06

Fill in this information to identify the case:

Debtor name **CandyWarehouse.com, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.1** **Creditor's name**

**Bill Adams Enterprises, LLC d/b/a Century Trucks & Vans**

**Describe debtor's property that is subject to a lien**
2021 Chevrolet 3500 Express DRW

| | **unknown** | **$25,000.00** |
|---|---|---|

**Creditor's mailing address**

**1300 E Main St**

**Grand Prairie, TX 75050-5900**

**Describe the lien**
**Title**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$2,800,326.19**

Debtor  **CandyWarehouse.com, Inc.**
Name                                                                          Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**2.2** **Creditor's name**

**CFG Merchant Advance**

**Creditor's mailing address**

**180 Maiden Ln Fl 15**

**New York, NY 10038-5150**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **3/6/2025**

**Last 4 digits of account
number**    __ __ __ __

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

☐ Yes. The relative priority of creditors
is specified on lines _____

**Remarks:** MCA

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Amount of claim: **$122,480.00**      Value of collateral: **unknown**

Debtor    **CandyWarehouse.com, Inc.**

Case number (if known) _____

Name

| | | Column A | Column B |
|---|---|---|---|

<table>
<tr><td><strong>Part 1:</strong></td><td>Additional Page</td><td></td><td><em>Column A</em><br><strong>Amount of claim</strong><br>Do not deduct the value<br>of collateral.</td><td><em>Column B</em><br><strong>Value of collateral<br>that supports this<br>claim</strong></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**Epic Advance LLC d/b/a Epic Advance Funding LLC**

**Creditor's mailing address**

**311 Boulevard of the Americas 203**

**Lakewood, NJ 08701**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **4/8/2025**

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$70,000.00** | **unknown**

Debtor  **CandyWarehouse.com, Inc.**_____     Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** **Creditor's name**

**Forward Financing**

**Describe debtor's property that is subject to a lien**

_____

$140,560.26   unknown

**Creditor's mailing address**

**53 State St Fl 20**

**Boston, MA 02109-2820**

**Creditor's email address, if known**

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   **09/04/2024**

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** MCA

Debtor    **CandyWarehouse.com, Inc.**                                    Case number (if known) _____
_____
Name

| **Part 1:** | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**Mountain BizCapital**

**Creditor's mailing address**

**153 S Lexington Ave**

**Asheville, NC 28801**

**Creditor's email address, if known**

_____

Date debt was incurred    **11/29/2020**

Last 4 digits of account    **0  1  0  1**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Loan

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**UCC - blanket lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$180,352.06**                    **unknown**

Debtor   **CandyWarehouse.com, Inc.**                                          Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

On Deck

**Describe debtor's property that is subject to a lien**
_____

$97,648.63          unknown

**Creditor's mailing address**

4700 W Daybreak Pkwy Suite 200

South Jordan, UT 84009
_____

**Describe the lien**

UCC

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account** 4 2 4 3
**number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Business Loan

Debtor    **CandyWarehouse.com, Inc.**

Case number (if known) _____

Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

**Paypal Business Loan**

Describe debtor's property that is subject to a lien

$2,863.00    unknown

_____

**Creditor's mailing address**

**2211 N 1st St**

_____

**San Jose, CA 95131-2021**

Describe the lien

**Creditor's email address, if known**

_____

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    **08/13/2024**

**Is anyone else liable on this claim?**

**Last 4 digits of account**    **8  4  4  3**
**number**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **CandyWarehouse.com, Inc.** _____    Case number (if known) _____
    Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.8** **Creditor's name**

**Paypal Working Capital**

**Describe debtor's property that is subject to a lien**

    **$31,669.15**    **unknown**

**Creditor's mailing address**

**c/o Swift Financial LLC**

**2211 N First St**

**San Jose, CA 95131-2021**

**Describe the lien**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    05/03/2025

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Business Loan

Debtor    **CandyWarehouse.com, Inc.**    Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.9** **Creditor's name**

**Shopify Capital**

**Creditor's mailing address**

**100 Shockoe Slip Fl 2**

**Richmond, VA 23219-4100**

**Creditor's email address, if known**

_____

Date debt was incurred    **12/4/2024**

Last 4 digits of account    **9  8  6  6**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Shopify Loan

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$139,869.24    unknown

Debtor  **CandyWarehouse.com, Inc.**                                    Case number (if known) _____
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Part 1:**  Additional Page

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
**Value of collateral
that supports this
claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.**

**2.10**  **Creditor's name**

**U.S. Small Business
Administration**

**Describe debtor's property that is subject to a lien**

_____

_____

$2,000,231.85          unknown

**Creditor's mailing address**

**200 W. Santa Ana Blvd 740**

**Santa Ana, CA 92701**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      **05/15/2020**

**Last 4 digits of account
number**      **7  4  0  4**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

☐ Yes. The relative priority of creditors
is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** EIDL

Debtor   **CandyWarehouse.com, Inc.**
_____

Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

**WebBank c/o QuickBooks Capital**
_____

**Creditor's mailing address**

**P.O. Box 842978**
_____

**Dallas, TX 75284-2978**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $14,652.00 | unknown |
|---|---|---|

Debtor   **CandyWarehouse.com, Inc.**
Name                                                                         Case number (if known)

---

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **The Law Office of Jason Gang, PLLC** <br> **1245 Hewlett Plaza #478** <br> **Hewlett, NY 11557** | Line 2. **2** | ___ ___ ___ ___ |
| **Stripe Payments Company a/k/a Stripe Inc.** <br> **Attention: Accounts Payable Department** <br> **c/o CT Corporation System** <br> **28 Liberty St Fl 42** <br> **New York, NY 10005-1448** | Line 2. **3** | ___ ___ ___ ___ |
| **Ershowsky Verstandig PLLC** <br> **290 Central Avenue Suite 109** <br> **Lawrence, NY 11559** | Line 2. **3** | ___ ___ ___ ___ |
| **Resolute Systems LLC** <br> **6650 W State St Ste D Pmb 298** <br> **Milwaukee, WI 53213-2827** | Line 2. **4** | ___ ___ ___ ___ |
| **On Deck Capital, Inc.** <br> **901 N Stuart St Ste 700** <br> **Arlington, VA 22203-4129** | Line 2. **6** | ___ ___ ___ ___ |
| **PayPal Working Capital** <br> **Po Box 45950** <br> **Omaha, NE 68145-0950** | Line 2. **8** | ___ ___ ___ ___ |
| **U.S. Small Business Administration (SBA) - All Divisions** <br> **10737 Gateway Blvd W Ste 300** <br> **El Paso, TX 79935-4910** | Line 2. **10** | ___ ___ ___ ___ |
| **Internal Revenue Service** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | Line 2. **10** | ___ ___ ___ ___ |
| **U.S. Attorney General** <br> **Department of Justice** <br> **950 Pennsylvania Avenue, N.W.** <br> **Washington, DC 20530** | Line 2. **10** | ___ ___ ___ ___ |

---

Debtor   **CandyWarehouse.com, Inc.**                                    Case number (if known) _____
       Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Small Business Administration** **409 3rd St Sw** **Washington, DC 20416-0011** | Line 2. **10** | __ __ __ __ |
| **United States Attorney** **Office of the United States Attorney** **1100 Commerce Street, 3rd Floor** **Dallas, TX 75242** | Line 2. **10** | __ __ __ __ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CandyWarehouse.com, Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206E/F

### Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **CandyWarehouse.com, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express Business**

**P.O. Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred **03/1/2020**

Last 4 digits of account number **1 0 0 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$147,193.94

---

**3.2** Nonpriority creditor's name and mailing address

**American Express Corporate Card**

**43 Butterfield Cir**

**El Paso, TX 79906-5202**

Date or dates debt was incurred **1/28/2025**

Last 4 digits of account number **1 0 0 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$32,096.86

---

**3.3** Nonpriority creditor's name and mailing address

**Blue Shield of California**

**P.O. Box 629032**

**El Dorado Hls, CA 95762-9032**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,388.97

---

**3.4** Nonpriority creditor's name and mailing address

**Capital on Tap**

**675 Ponce De Leon Ave NE 8500**

**Atlanta, GA 30308-1884**

Date or dates debt was incurred _____

Last 4 digits of account number **1 5 8 9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$38,635.94

| Debtor | **CandyWarehouse.com, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.5** | Nonpriority creditor's name and mailing address

**Capital One**

**P.O. Box 60519**

**City Industry, CA 91716-0519**

Date or dates debt was incurred _____

Last 4 digits of account number   0   7   4   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,914.34

---

**3.6** | Nonpriority creditor's name and mailing address

**Chase**

**P.O. Box 15298**

**Wilmington, DE 19850**

Date or dates debt was incurred _____

Last 4 digits of account number   7   3   2   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Southwest Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$9,871.59

---

**3.7** | Nonpriority creditor's name and mailing address

**Chase Ink**

**Po Box 15298**

**Wilmington, DE 19850-5298**

Date or dates debt was incurred _____

Last 4 digits of account number   0   7   1   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$55,804.77

---

**3.8** | Nonpriority creditor's name and mailing address

**Divvy**

**13707 S 200 W Ste 100**

**Draper, UT 84020-2443**

Date or dates debt was incurred   5/1/2025

Last 4 digits of account number   0   0   4   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$21,781.38

---

| Debtor | **CandyWarehouse.com, Inc.** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

---

**Part 2:** Additional Page

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,000.00**
--- | --- | --- | ---

**Equifax Information Service LLC**

P.O. Box 740253

Atlanta, GA 30374-0253

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,183.23**

**FedEx**

PO Box 660481

Dallas, TX 75266-0481

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,728.01**

**Home Depot Credit Services**

P.O. Box 658226

Dallas, TX 75265-8226

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,652.55**

**Intuit Inc.**

251 Little Falls Dr

Wilmington, DE 19808-1674

Date or dates debt was incurred __11/21/2024__

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **CandyWarehouse.com, Inc.**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,422.53 |

**Intuit Inc.**

**251 Little Falls Dr**

**Wilmington, DE 19808-1674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **12/3/2024**

Basis for the claim: _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,640.11 |

**Kaiser Permanente**

**Po Box 629028**

**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,183.00 |

**Lucas World Inc.**

**800 High St**

**Hackettstown, NJ 07840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Ouiby Inc**

**1215 Spruce St Suite 201**

**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      **CandyWarehouse.com, Inc.**
Name

Case number *(if known)*

---

| **Part 2:** | Additional Page |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,127.39 |

**PayPal Business Cashback Mastercard Servicing**

P.O. Box 530075

Atlanta, GA 30353

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **CandyWarehouse.com, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**4.**   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **Lucas World Inc.** <br><br> **PO Box 844481** <br><br> **Dallas, TX 75284** | Line **3.15** <br><br> ☐ Not listed. Explain ⎯⎯⎯⎯⎯⎯ | ⎯⎯ ⎯⎯ ⎯⎯ ⎯⎯ |

Debtor   **CandyWarehouse.com, Inc.**
Name

Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$444,624.61** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$444,624.61** |

Fill in this information to identify the case:

Debtor name **CandyWarehouse.com, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 2661 Midway Rd Ste 200 | **Madewell Spaces** |
| | | Carrollton, TX 75006 | 2661 Midway Rd 22 |
| | State the term remaining | 12 months | Carrollton, TX 75006-2368 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **CandyWarehouse.com, Inc.**

United States Bankruptcy Court for the: **Northern**    District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Nguyen, Hieu** | **1915 Saxon Bend Trl** <br> Street <br><br> **Richmond, TX 77469-4765** <br> City    State    ZIP Code | **U.S. Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Nguyen, Mimi Kwan** | **1915 Saxon Bend Trl** <br> Street <br><br> **Richmond, TX 77469-4765** <br> City    State    ZIP Code | **Epic Advance LLC d/b/a Epic Advance Funding LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **CFG Merchant Advance** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Madewell Spaces** | ☐ D <br> ☐ E/F <br> ☑ G |
| | | **Forward Financing** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Shopify Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Paypal Working Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Paypal Business Loan** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor   **CandyWarehouse.com, Inc.**                                                    Case number (if known) _____
          Name

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **On Deck** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Mountain BizCapital** | ☑ D<br>☐ E/F<br>☐ G |
| | | **U.S. Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| | | **WebBank c/o QuickBooks Capital** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Bill Adams Enterprises, LLC d/b/a Century Trucks & Vans** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____**CandyWarehouse.com, Inc.**_____

United States Bankruptcy Court for the:

_____**Northern District of Texas**_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................................ | **$0.00** |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................................ | **$223,957.06** |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.............................................................................................. | **$223,957.06** |

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$2,800,326.19** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... | **$0.00** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | **+    $444,624.61** |

4. **Total liabilities**.............................................................................................................................. | **$3,244,950.80** |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **CandyWarehouse.com, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$2,040,702.24** |
| **For prior year:** | From **01/01/2024** to MM/ DD/ YYYY | **12/31/2024** MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,975,678.15** |
| **For the year before that:** | From **01/01/2023** to MM/ DD/ YYYY | **12/31/2023** MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,380,521.10** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to MM/ DD/ YYYY | Filing date | _____ | _____ |
| **For prior year:** | From **01/01/2024** to MM/ DD/ YYYY | **12/31/2024** MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to MM/ DD/ YYYY | **12/31/2023** MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Epic Advance LLC d/b/a Epic Advance Funding LLC** <br> Creditor's name <br> **290 Central Ave Ste 109** <br> Street <br><br> **Lawrence, NY 11559** <br> City        State    ZIP Code | _____ _____ _____ | **$39,200.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | **Shopify Capital** <br> Creditor's name <br> **100 Shockoe Slip Fl 2** <br> Street <br><br> **Richmond, VA 23219-4100** <br> City        State    ZIP Code | _____ _____ _____ | **$127,696.73** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Creditor's name <br><br> Street <br><br> City        State    ZIP Code <br> **Relationship to debtor** | _____ _____ _____ | _____ | _____ _____ _____ |

Debtor    CandyWarehouse.com, Inc.
      Name

Case number *(if known)*

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Epic Advance LLC et. al v CandyWarehouse.com. Inc. et al.** | _____ | **Supreme Court of the State of New York County of Washington**<br>Name<br>**383 Broadway**<br>Street<br>_____<br>**Fort Edward, NY 12828-1001**<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**EC2025-39033** | | | |

Debtor  CandyWarehouse.com, Inc.                                    Case number *(if known)*
        Name

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **CFG Merchant Solutions LLC v. CandyWarehouse.com et al** | **Debt Collection** | **Supreme Court of the State of New York**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | **910340-25** | | City          State     ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Forward Financing LLC v. CandyWarehouse.com et al** | **Debt Collection - Arbitration** | **Resolute Systems LLC**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | **6650 W State St Ste D Pmb 298**<br>Street | |
| | **Case number** | | | |
| | **6337448** | | **Milwaukee, WI 53213-2827**<br>City          State     ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | Case number | Name |
| | City          State     ZIP Code | | Street |
| | | Date of order or assignment | City          State     ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor  **CandyWarehouse.com, Inc.**                    Case number *(if known)*
         _____
         Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                State    ZIP Code

**Recipient's relationship to debtor**

---

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. **Candy shipment that was processed by wrong shipping company.** | $4,671.65 | 09/22/2025 | $5,671.65 |

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|------|---------------------------------------------|--------------------------------------------------|-------|-----------------------|
| | **The Lane Law Firm** | **Attorney's Fees** | | $35,000.00 |

**Address**

**6200 Savoy Suite 1150**
Street

**Houston, TX 77036**
City                State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

---

Debtor   **CandyWarehouse.com, Inc.**
         Name                                                                Case number *(if known)*

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------|------------------------|-----------------------------------|---------------------------|----------------------|
|       |                        |                                   |                           |                      |
|       | **Trustee**            |                                   |                           |                      |
|       |                        |                                   |                           |                      |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|---------------------------|-----------------------------------------------------------------------------------|------------------------|----------------------|
|       |                           |                                                                                   |                        |                      |
|       | **Address**               |                                                                                   |                        |                      |
|       | Street                    |                                                                                   |                        |                      |
|       | City        State   ZIP Code |                                                                                |                        |                      |
|       | **Relationship to debtor** |                                                                                  |                        |                      |

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| 14.1. **2520 Mira Mar Ave**<br>Street | From **06/2016**   To **12/2024** |
| **Long Beach, CA 90815-1758**<br>City        State   ZIP Code | |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **6**

Debtor __**CandyWarehouse.com, Inc.**_____  Case number *(if known)* _____
       Name

14.1. __**2661 Midway Rd Ste. 200**_____     From __**08/2024**__  To __**Present**__
      Street

      _____

      __**Carrollton, TX 75006-2359**_____
      City            State    ZIP Code


14.1. __**P.O. Box 16187**_____     From __**08/2024**__  To __**Present**__
      Street

      _____

      __**Sugar Land, TX 77496-6187**_____
      City            State    ZIP Code


14.1. __**1915 Saxon Bend Trl**_____     From __**12/2019**__  To __**Present**__
      Street

      _____

      __**Richmond, TX 77469-4765**_____
      City            State    ZIP Code


14.1. __**7020 Reames Rd Ste A**_____     From __**11/2015**__  To __**06/2022**__
      Street

      _____

      __**Charlotte, NC 28216-2232**_____
      City            State    ZIP Code


| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City      State    ZIP Code | <br><br><br> **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. <br><br> _____ <br><br> _____ | <br><br><br> How are records kept? <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|------------------------------------|

**16.  Does the debtor collect and retain personally identifiable information of customers?**
☐ No.

Debtor **CandyWarehouse.com, Inc.** _____ Case number *(if known)* _____
          Name

☑ Yes. State the nature of the information collected and retained. **names, phone numbers, and addresses**

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

     ☐ No. Go to Part 10.

     ☑ Yes. Does the debtor serve as plan administrator?

        ☑ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

        Has the plan been terminated?

        ☐ No

        ☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

Debtor  **CandyWarehouse.com, Inc.**                                    Case number *(if known)*
_____
Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | _____ | _____ | |
| | Street | **Address** | _____ | |
| | _____ | _____ | _____ | |
| | City          State    ZIP Code | _____ | _____ | |
| | | _____ | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | _____ | _____ | |
| _____ | _____ | _____ | |
| Street | _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

Debtor CandyWarehouse.com, Inc. _____ Case number *(if known)* _____

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| _____ | Name _____ | _____ | ☐ On appeal |
| **Case number** | | _____ | ☐ Concluded |
| | Street _____ | | |
| _____ | _____ | _____ | |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name _____ | _____ | EIN: _ _ – _ _ _ _ _ _ _ |
| | Street _____ | | **Dates business existed** |
| | _____ | | From _____  To _____ |
| | City          State     ZIP Code | | |

Debtor    CandyWarehouse.com, Inc.                                        Case number *(if known)*
         Name

## 26. Books, records, and financial statements

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Jennifer Whitis** <br> Name <br><br> **7320 Hwy 90 Alt #130** <br> Street <br><br><br> **Sugar Land, TX 77478** <br> City                State                ZIP Code | From **1/1/2022**    To _____ |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Lucas Hart** <br> Name <br><br> **6500 Linderson Way Sw** <br> Street <br><br><br> **Olympia, WA 98504** <br> City                State                ZIP Code | From **04/2024**    To **03/2025** |
| 26b.2. **Ford Alexander** <br> Name <br><br> **11309 Old Highway 49** <br> Street <br><br><br> **Gulfport, MS 39503-2642** <br> City                State                ZIP Code | From **11/2022**    To **03/2023** |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br><br> Name <br><br> Street <br><br><br> City                State                ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor     CandyWarehouse.com, Inc.                                Case number *(if known)*
           Name

| Name and address |
|---|

**26d.1.**

_____
Name

_____
Street

_____

_____
City                          State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

**27.1.**

_____
Name

_____
Street

_____

_____
City                          State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mimi Kwan-Nguyen** | **1915 Saxon Bend Trl Richmond, TX 77469-4765** | **President ,** | **65.00%** |
| **Hugh Nguyen** | **1915 Saxon Bend Trl Richmond, TX 77469-4765** | **Vice President ,** | **35.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor    CandyWarehouse.com, Inc.                                                            Case number *(if known)*
_____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Johnson Kwan** Name **1915 Saxon Bend Trail** Street **Richmond, TX 77469-4765** City                State      ZIP Code Relationship to debtor **Family member** | **Salary - $49,590.32** | | **Salary** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/24/2025**
_____
MM/  DD/  YYYY

**X** /s/ Mimi Kwan-Nguyen                    Printed name    **Mimi Kwan-Nguyen**
_____                                _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **President**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**   CandyWarehouse.com, Inc.

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................. **$35,000.00**

Prior to the filing of this statement I have received ................................................................. **$35,000.00**

Balance Due ............................................................................................................................. **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __10/24/2025__ | __/s/ Robert C Lane__ |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

__The Lane Law Firm__
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **CandyWarehouse.com, Inc.**                                 CASE NO

                                                                   CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**10/24/2025**___        Signature _____**/s/ Mimi Kwan-Nguyen**_____

                                                     Mimi Kwan-Nguyen, President

AMERICAN EXPRESS
BUSINESS
P.O. BOX 6031
CAROL STREAM, IL 60197-6031


AMERICAN EXPRESS
CORPORATE CARD
43 BUTTERFIELD CIR
EL PASO, TX 79906-5202


BILL ADAMS ENTERPRISES,
LLC D/B/A CENTURY TRUCKS
& VANS
1300 E MAIN ST
GRAND PRAIRIE, TX 75050-5900

BLUE SHIELD OF CALIFORNIA
P.O. BOX 629032
EL DORADO HLS, CA 95762-9032


CANDYWAREHOUSE.COM,
INC.
2661 MIDWAY RD, STE 200
CARROLLTON, TX 75006-2368


CAPITAL ON TAP
675 PONCE DE LEON AVE NE 8500
ATLANTA, GA 30308-1884


CAPITAL ONE
P.O. BOX 60519
CITY INDUSTRY, CA 91716-0519


CFG MERCHANT ADVANCE
180 MAIDEN LN FL 15
NEW YORK, NY 10038-5150

CHASE
P.O. BOX 15298
WILMINGTON, DE 19850


CHASE INK
PO BOX 15298
WILMINGTON, DE 19850-5298


DIVVY
13707 S 200 W STE 100
DRAPER, UT 84020-2443


EPIC ADVANCE LLC D/B/A
EPIC ADVANCE FUNDING LLC
311 BOULEVARD OF THE AMERICAS 203
LAKEWOOD, NJ 08701


EQUIFAX INFORMATION
SERVICE LLC
P.O. BOX 740253
ATLANTA, GA 30374-0253


ERSHOWSKY VERSTANDIG
PLLC
290 CENTRAL AVENUE SUITE 109
LAWRENCE, NY 11559


FEDEX
PO BOX 660481
DALLAS, TX 75266-0481


FORWARD FINANCING
53 STATE ST FL 20
BOSTON, MA 02109-2820

HOME DEPOT CREDIT
SERVICES
P.O. BOX 658226
DALLAS, TX 75265-8226


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTUIT INC.
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674


KAISER PERMANENTE
PO BOX 629028
EL DORADO HILLS, CA 95762


LUCAS WORLD INC.
800 HIGH ST
HACKETTSTOWN, NJ 07840


LUCAS WORLD INC.
PO BOX 844481
DALLAS, TX 75284


MADEWELL SPACES
2661 MIDWAY RD 22
CARROLLTON, TX 75006-2368


MOUNTAIN BIZCAPITAL
153 S LEXINGTON AVE
ASHEVILLE, NC 28801

HIEU NGUYEN
1915 SAXON BEND TRL
RICHMOND, TX 77469-4765


MIMI KWAN NGUYEN
1915 SAXON BEND TRL
RICHMOND, TX 77469-4765


ON DECK
4700 W DAYBREAK PKWY SUITE 200
SOUTH JORDAN, UT 84009


ON DECK CAPITAL, INC.
901 N STUART ST STE 700
ARLINGTON, VA 22203-4129


OUIBY INC
1215 SPRUCE ST SUITE 201
BOULDER, CO 80302


PAYPAL BUSINESS CASHBACK
MASTERCARD SERVICING
P.O. BOX 530075
ATLANTA, GA 30353


PAYPAL BUSINESS LOAN
2211 N 1ST ST
SAN JOSE, CA 95131-2021


PAYPAL WORKING CAPITAL
C/O SWIFT FINANCIAL LLC
2211 N FIRST ST
SAN JOSE, CA 95131-2021

PAYPAL WORKING CAPITAL
PO BOX 45950
OMAHA, NE 68145-0950


RESOLUTE SYSTEMS LLC
6650 W STATE ST STE D PMB 298
MILWAUKEE, WI 53213-2827


SHOPIFY CAPITAL
100 SHOCKOE SLIP FL 2
RICHMOND, VA 23219-4100


STRIPE PAYMENTS COMPANY
A/K/A STRIPE INC.
ATTENTION: ACCOUNTS PAYABLE
DEPARTMENT
C/O CT CORPORATION SYSTEM
28 LIBERTY ST FL 42
NEW YORK, NY 10005-1448


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


THE LAW OFFICE OF JASON
GANG, PLLC
1245 HEWLETT PLAZA #478
HEWLETT, NY 11557


U.S. ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20530


U.S. SMALL BUSINESS
ADMINISTRATION
200 W. SANTA ANA BLVD 740
SANTA ANA, CA 92701

U.S. SMALL BUSINESS
ADMINISTRATION
409 3RD ST SW
WASHINGTON, DC 20416-0011


U.S. SMALL BUSINESS
ADMINISTRATION (SBA) -
ALL DIVISIONS
10737 GATEWAY BLVD W STE 300
EL PASO, TX 79935-4910


UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES
ATTORNEY
1100 COMMERCE STREET, 3RD FLOOR
DALLAS, TX 75242


WEBBANK C/O QUICKBOOKS
CAPITAL
P.O. BOX 842978
DALLAS, TX 75284-2978