**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| CANDYWAREHOUSE.COM, INC. | § | |
| | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 25-34192 |

**DECLARATION OF MIMI KWAN-NGUYEN IN SUPPORT OF
DEBTOR'S REQUEST FOR EXPEDITED CONSIDERATION OF MOTION FOR
AUTHORITY TO USE CASH COLLATERAL**

I, Mimi Kwan-Nguyen, state as follows:

## I.    INTRODUCTION

1. I am the President of CandyWarehouse.com, Inc., the Debtor and Debtor-in-Possession ("Debtor"). I am familiar with the Debtor's day-to-day operations, business affairs, books and records.

2. I submit this declaration ("Declaration") to assist the Court and other parties-in-interest in understanding the need for expedited consideration of the Debtor's Motion for Authority to Use Cash Collateral (Docket No. 3) filed October 24, 2025.

3. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, or my opinion based on my experience and knowledge of the Debtor's operations. If I were called to testify, I would testify competently to the facts set forth in this Declaration.

## II.    EXPEDITED MOTION FOR AUTHORITY TO USE CASH COLLATERAL

4. On October 24, 2025, the Debtor filed a Motion for Authority to Use Cash Collateral. The basis of this Motion is to allow the Debtor to continue operating its online candy retail business. The Debtor relies on its cash collateral to pay payroll, operating expenses, and

insurance. If the Debtor is unable to use its cash collateral, then it will be unable to pay its employees, purchase materials, and pay creditors.

5. Expedited consideration is requested because the Debtor needs to continue operations.

6. The continued operation of the Debtor depends on the ability to operate its online candy retail business.

### III. CONCLUSION

7. Approval of the Motion is in the best interest of the Debtor, its estate, and its creditors.

8. I have reviewed this Declaration and hereby declare under penalty of perjury that the foregoing is true and correct and within my own personal knowledge.

Executed this October 24, 2025.

*/s/ Mimi Kwan-Nguyen*
Mimi Kwan-Nguyen
President