**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| **CANDYWAREHOUSE.COM, INC.** § | |
| § | |
| § | |
| **DEBTOR** § | **BANKRUPTCY CASE NO. 25-34192** |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**
**BY THE ATTORNEY FOR THE DEBTOR**

The undersigned attorney does hereby certify under penalty of perjury pursuant to Rule 2016(b) of the Bankruptcy Rules of Procedure:

1. That the compensation paid or promised to him for services to be rendered in connection with the case is as follows: Fees will be billed at the following rates:

| | |
|---|---|
| Joshua Gordon | $625 per hour |
| Zach Casas | $575 per hour |
| Kyle Garza | $450 per hour |
| Support Staff | $250 per hour |

The principal attorney on the file will be Robert C. Lane. Mr. Lane presently bills at a rate of $650.00 per hour.

2. The firm received prepetition payment from the Debtor of $35,000.00, which includes the bankruptcy filing fee cost of $1,738.00.

3. As of the Petition Date, the Debtor did not owe the Firm any amounts for legal services rendered before the Petition Date. Although certain expenses and fees may have been incurred, but not yet applied to the Firm's advance payment retainer, the Firm's total advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

4. That the source of such compensation is as follows: all fees will be paid first from the estate pursuant to court approval and, if not from the estate, from the retainer.

5. That affiant has not shared nor agreed to share such compensation with anyone except shareholders and associates of his firm.

EXECUTED ON October 24, 2025.

By:    */s/Robert C. Lane*
Robert C. Lane

APPROVED:

*/s/ Mimi Kwan-Nguyen*
Mimi Kwan-Nguyen
President