**14-DAY AND 30-DAY BUDGET**

| INCOME | DAYS 1-14 | DAYS 15-30 | 30 DAY TOTALS |
|---|---|---|---|
| **Opening Cash:** | | **$16,402.00** | |
| **Projected Gross Revenue:** | **$116,000.00** | **$116,000.00** | **$232,000.00** |
| EMPLOYEE PAYROLL | $13,092.68 | $13,092.68 | $26,185.36 |
| INSIDER PAYROLL | $4,907.32 | $4,907.32 | $9,814.64 |
| HEALTH INSURANCE | $0.00 | $5,500.00 | $5,500.00 |
| WORKER'S COMPENSATION | $275.00 | $275.00 | $550.00 |
| OFFICE RENT/LEASE | $0.00 | $7,800.00 | $7,800.00 |
| UTILITIES | $95.00 | $0.00 | $95.00 |
| INVENTORY PURCHASES | $58,000.00 | $58,000.00 | $116,000.00 |
| FREIGHT | $11,600.00 | $11,600.00 | $23,200.00 |
| VEHICLE EXPENSES | $0.00 | $1,475.00 | $1,475.00 |
| INSURANCE | $1,328.00 | $1,328.00 | $2,656.00 |
| DUES & SUBSCRIPTIONS | $0.00 | $3,845.00 | $3,845.00 |
| CREDIT CARD MERCHANT FEES | $2,900.00 | $2,900.00 | $5,800.00 |
| OFFICE SUPPLIES & R&M | $100.00 | $100.00 | $200.00 |
| COMPUTER SOFTWARE & IT | $200.00 | $580.00 | $780.00 |
| WAREHOUSE SUPPLIES | $800.00 | $800.00 | $1,600.00 |
| ADVERTISING | $5,500.00 | $5,500.00 | $11,000.00 |
| BANK SERVICE CHARGES | $50.00 | $50.00 | $100.00 |
| TAXES | $750.00 | $750.00 | $1,500.00 |
| SUBCHAPTER V TRUSTEE (Subject to Court Approval) | $0.00 | $1,000.00 | $1,000.00 |
| ATTORNEY FEES (SUBJECT TO COURT APPROVAL) | $0.00 | $5,000.00 | $5,000.00 |
| ACCOUNTING SERVICES (SUBJECT TO COURT APPROVAL) | $0.00 | $6,000.00 | $6,000.00 |
| **TOTAL PROJECTED CASH DISBURSEMENTS** | **$99,598.00** | **$130,503.00** | **$230,101.00** |
| **CASH ON HAND AFTER DISBURSEMENTS** | **$16,402.00** | **$1,899.00** | **$1,899.00** |

EXHIBIT 1