# Search & Order Records

## Debtor Search Results

This debtor search was performed on **10/23/2025 07:02 AM** with the following search criteria:
**Name:** CANDYWAREHOUSE.COM

☐ **Order Debtor Search Certificate  -  $15**

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 250023708552 | Initial - Financing Statement | 05/22/2025 11:57 AM | 5/22/2030 | ⬇ |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | CANDYWAREHOUSE.COM, INC. | 2661 MIDWAY RD STE 200 | CARROLLTON | TX | 75006 | USA |
| Debtor | MIMI KWAN NGUYEN | 2661 MIDWAY RD STE 200 | CARROLLTON | TX | 75006 | USA |
| Secured Party | Corporation Service Company, As Representative | PO BOX 2576 UCCSPREP@CSCGLOBAL.COM | Springfield | IL | 62703 | USA |

CANCEL                                                                NEW SEARCH

**EXHIBIT 2**