# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CANDYWAREHOUSE.COM, INC. | § | |
| | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 25-34192 |

## STATEMENT OF OPERATIONS

# Profit and Loss

## CandyWarehouse.com, Inc.
### January 1-October 29, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   PayPal Sales | 2,773.77 |
|   Sales of Product Income | 8,913.78 |
|   Services | 20,100.00 |
|   Uncategorized Income | 219,194.71 |
|   Webstore Refunds | -116,047.78 |
|   Webstore Sales | 1,944,082.78 |
|   Webstore Shipping | 160,472.78 |
| **Total for Income** | **$2,239,490.04** |
| Cost of Goods Sold | |
|   Cost of Goods Sold | $670,338.99 |
|     Cost of Goods Sold | 26,897.72 |
|     Freight in - COGS | 1,641.18 |
|   **Total for Cost of Goods Sold** | **$698,877.89** |
|   Freight Expense | -$41.08 |
|     Freight Expense | 375.04 |
|   **Total for Freight Expense** | **$333.96** |
| **Total for Cost of Goods Sold** | **$699,211.85** |
| **Gross Profit** | **$1,540,278.19** |
| Expenses | |
|   Advertising & marketing | $118,063.06 |
|     Creative Content | 94.50 |
|     PPC Agency | 495.00 |
|     Social media | 2,348.45 |
|     Website ads | 244.09 |
|   **Total for Advertising & marketing** | **$121,245.10** |
|   Affiliate Commissions | 4.35 |
|   Business licenses | 55.00 |
|   Channel expenses | |
|     PayPal expense | 59,931.16 |
|   **Total for Channel expenses** | **$59,931.16** |
|   Chargebacks & Fraud | -117.05 |
|   Contract labor | 2,855.32 |
|   Credit card fees | 166.89 |
|   Domain Name Registration | 666.69 |
|   Dues and Subscriptions | 2,671.56 |
|   Employee benefits | |
|     401k - Employee Pay | -7,511.75 |
|     401k Plan | 15,965.35 |
|     Health insurance & accident plans | 39,836.54 |
|     Health insurance & accident plans - Employee Pay | -14,152.10 |

# Profit and Loss

## CandyWarehouse.com, Inc.
### January 1-October 29, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
|   Workers' compensation insurance | 5,945.26 |
| **Total for Employee benefits** | **$40,083.30** |
|   Franchise Tax | 50.00 |
|   General business expenses | $74.80 |
|     Bank fees & service charges | 1,224.58 |
|     Janitorial | 1,300.00 |
|     Memberships & subscriptions | 5,546.00 |
| **Total for General business expenses** | **$8,145.38** |
|   Insurance | |
|     Business insurance | 6,006.01 |
|     Shipping Insurance | 5,217.18 |
| **Total for Insurance** | **$11,223.19** |
|   Interest paid | $80.21 |
|     Credit card interest | 7,174.23 |
| **Total for Interest paid** | **$7,254.44** |
|   Legal & accounting services | $7,506.29 |
|     Legal Fees | 35,000.00 |
| **Total for Legal & accounting services** | **$42,506.29** |
|   Meals | 179.48 |
|   Melio services fee | 683.02 |
|   Office expenses | $1,003.86 |
|     Printing & photocopying | 52.47 |
|     Shipping & postage | 900.00 |
|     Software & apps | 11,289.08 |
| **Total for Office expenses** | **$13,245.41** |
|   PayPal Fees | 4,809.97 |
|   Payroll expenses | |
|     Salaries & wages | 287,945.46 |
| **Total for Payroll expenses** | **$287,945.46** |
|   Payroll Processing Fees | 1,113.01 |
|   Professional Fees | |
|     Computer Software | 39.90 |
| **Total for Professional Fees** | **$39.90** |
|   Rent | $90,446.58 |
|     CAM Charges | 285.00 |
| **Total for Rent** | **$90,731.58** |
|   Repairs & maintenance | 2,118.62 |
|   Shipping - Audit | 468.07 |
|   Shipping - Freight Out | 201,753.10 |
|   Shopify Credit Card Fees | 71,363.95 |

# Profit and Loss

## CandyWarehouse.com, Inc.
### January 1-October 29, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Supplies | $161.42 |
|   Office supplies | 1,811.72 |
|   Warehouse Supplies & materials | $25,110.29 |
|     Warehouse Supplies | 366.51 |
|   **Total for Warehouse Supplies & materials** | **$25,476.80** |
| **Total for Supplies** | **$27,449.94** |
| Taxes | $0.58 |
|   Payroll taxes | 90,522.55 |
|   Property taxes | -2,792.50 |
| **Total for Taxes** | **$87,730.63** |
| Travel | |
|   Airfare | 134.40 |
|   Vehicle rental | 41.12 |
| **Total for Travel** | **$175.52** |
| Uncategorized Expense | 400,618.98 |
| Utilities | $648.48 |
|   Disposal & waste fees | 3,552.13 |
|   Electricity | 2,893.60 |
|   Internet & TV services | 55.54 |
|   Phone service | 2,389.43 |
|   Water & sewer | 754.75 |
| **Total for Utilities** | **$10,293.93** |
|   Website Services | 311.87 |
| **Total for Expenses** | **$1,497,774.06** |
| **Net Operating Income** | **$42,504.13** |
| Other Income | |
|   Sales of Fixed Assets | 26,536.49 |
| **Total for Other Income** | **$26,536.49** |
| Other Expenses | |
|   Vehicle expenses | |
|     Parking & tolls | 250.00 |
|     Vehicle gas & fuel | 4,113.80 |
|     Vehicle insurance | 2,269.93 |
|     Vehicle registration | 136.50 |
|     Vehicle repairs | 583.31 |
|   **Total for Vehicle expenses** | **$7,353.54** |
| **Total for Other Expenses** | **$7,353.54** |
| **Net Other Income** | **$19,182.95** |
| **Net Income** | **$61,687.08** |